652 S.E.2d 397

**In the Matter of William J. LaLIMA, Petitioner.**

Supreme Court of South Carolina.

Oct. 17, 2007.

## ORDER

On April 21, 2006, petitioner was placed on interim suspension. *In the Matter of LaLima,* 368 S.C. 500, 629 S.E.2d 367 (2006). Petitioner has now filed a Petition for Reinstatement.

The Petition for Reinstatement is granted.

IT IS SO ORDERED.

JEAN H. TOAL, C.J., JAMES E. MOORE, JOHN H. WALLER, JR., COSTA M. PLEICONES, and DONALD W. BEATTY, JJ.